UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COUNCIL 16 NORTHERN )
CALIFORNIA HEALTH AND        )
WELFARE TRUST FUND, et al.,  )      No. C09-0570 BZ
                             )
            Plaintiff(s),    )
                             )      **SCHEDULING ORDER**
     v.                      )
                             )
SUPERIOR CONTRACTING         )
SERVICES, INC.,              )
                             )
            Defendant(s).    )
_____)

     This case having been reassigned to the Honorable Bernard

Zimmerman, **IT IS HEREBY ORDERED** as follows:

     1.  The case management conference scheduled for May 14,

2009 is **continued** to **Monday, May 18, 2009 at 4:00 p.m.,** in

Courtroom G, 15th Floor, Federal Building, 450 Golden Gate

Avenue, San Francisco, California 94102.

     2.  The remaining schedule contained in the Order filed

**February 6, 2009** shall remain the same.

Dated: March 25, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\DISTRICT COUNCIL V. SUPERIOR CONTRACTING\SCHEDULING ORDER.wpd