UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COUNCIL 16 NORTHERN
CALIFORNIA HEALTH AND WELFARE
TRUST FUND, et al.,

    Plaintiff(s),

    v.

SUPERIOR CONTRACTING
SERVICES INC.,

    Defendant(s).
_____/

No. C 09-0570 PJH

**ORDER TO SHOW CAUSE**

On April 1, 2009, the court issued an order withdrawing the reference to a magistrate judge and vacating the judgment in view of plaintiff's declination to proceed before the magistrate judge, notwithstanding a stipulation to proceed before the magistrate judge, and in view of the lack of clarity reflected in the stipulation.  The order notified the parties that their attendance at a case management conference was required on April 16, 2009.  The docket reflects that plaintiffs served a copy of this order on defendant – yet no one appeared for any party at the conference.

This matter remains open on the court's docket and the parties are ordered to appear to show cause why sanctions should not be imposed for their failure to appear at the case management conference.  Plaintiffs shall serve a copy of this order on defendant immediately.  The hearing on the Order to Show Cause will be held on April 30, 2009, at 2:30 p.m.

**IT IS SO ORDERED.**

Dated: April 16, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge